UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA     §

v.     §

**MELINDA ALVAREZ CASAS,**
Defendant.     §

CRIMINAL No. **19 CR 072**

United States Courts
Southern District of Texas
FILED

JAN 3 0 2019

David J. Bradley, Clerk of Court

**<u>INDICTMENT</u>**

THE GRAND JURY CHARGES THAT:

**<u>Count One</u>**

On or about September 25, 2018, in the Houston Division of the Southern District of Texas,

**MELINDA ALVAREZ CASAS,**

the defendant herein, knowingly made false statements and representations to the Federal Firearms Licensee, Texas Tactical Gear & Firearms, Inc., d/b/a Guns Unlimited, Katy, Texas which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensees, in that the defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) and provided a false residential address, which she knew was not her current address, in order to purchase eight (8) Century Arms, model RAS 47, 7.62 x 39 caliber rifles.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
JENNIE L. BASILE
Assistant United States Attorney